175 A.3d 149

## VICARINI

v.

## CARROLL CO. SHERIFFS DEPARTMENT

**Pet. Docket No. 337, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Dismissed by the Court of Special Appeals (No. 2621, Sept.Term, 2016).

Petition for writ of certiorari dismissed

175 A.3d 149

## YEAGER, Brandon Matthew

v.

## STATE of Maryland

**Pet. Docket No. 331, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 1777, Sept.Term, 2016).

Petition for writ of certiorari denied